No. 02–1185. BUTLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–1190. COLE v. BUILDERS SQUARE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1199. SMITH v. GRIMMETT ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1281. HAYS, RECEIVER AND DISBURSING AGENT ON BEHALF OF DEBTORS, HANNOVER CORP. ET AL. v. JIMMY SWAGGART MINISTRIES. C. A. 5th Cir. Certiorari denied.

No. 02–1293. COHEN ET AL. v. THOMAS ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–1302. BOARD OF EDUCATION OF THE TOWNSHIP OF BRANCHBURG v. BOARD OF EDUCATION OF THE BOROUGH OF SOMERVILLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1306. BAXTER v. CONTE ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–1307. GRACE CONSULTING, INC., T/A GRACE MAINTENANCE INT., ET AL. v. DUN & BRADSTREET SOFTWARE SERVICES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1316. MAULER ET AL. v. BAYFIELD COUNTY, WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 02–1320. MIRROR IMAGE INTERNET, INC., ET AL. v. PARFI HOLDING AB ET AL. Sup. Ct. Del. Certiorari denied.

No. 02–1321. CITY OF NEW YORK, NEW YORK, ET AL. v. PATROLMEN BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1322. PERITZ v. PAINEWEBBER, INC. C. A. 11th Cir. Certiorari denied.